UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONY SANDOVAL, on behalf of himself**          **CASE NO. 18-365-SDD-RLB**
**and other similarly situated individuals**

**VERSUS**

**FOUR POINT CONSTRUCTION**
**SOLUTIONS, LLC and JASON BLAYDES**

### JOINT MOTION TO APPROVE FLSA SETTLEMENT AND DISMISS
### WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Roni Sandoval, and Defendants, Four Point Construction Solutions, LLC and Jason Blaydes, who represent that they have settled all pending claims between them.[1] Although the matter was initially filed as a collective action, Plaintiff now elects to proceed on an individual basis and withdraw his pending motion for conditional certification (Rec. Doc. 12). With respect to the Fair Labor Standards Act claim, the parties have reached a private settlement pursuant to *Martin v. Spring Break '83 Prod., LLC*, 688 F.3d 247, 254-56 (5th Cir. 2012). Contemporaneously with this filing, the parties are filing a Joint Motion for Leave to file the settlement agreement under seal. Accordingly, the parties respectfully request that (1) the Court grant the parties' Motion for Leave; (2) approve the settlement agreement after reviewing it *in camera*; and (3) enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing this case with prejudice. In support of this motion the parties submit the accompanying Memorandum in Support.

---

[1] The parties have also settled the claims of ostensible class member, Rodolfo Sandoval, who is Rony Sandoval's brother as well as a worker's compensation claim asserted by Plaintiff against Four Point Construction Solutions, LLC.

1

WHEREFORE, the parties respectfully pray that this motion be granted and the settlement in this case be approved. The parties further pray that an order be issued dismissing this case with prejudice, with each party to bear his/its own costs.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**

By: /s/ *Christopher G. Morris*
    PHYLLIS G. CANCIENNE, T.A. (19605)
    CHRISTOPHER G. MORRIS (22847)
    ELIZABETH A. LINER (34429)
    Chase North Tower,
    450 Laurel Street, 20th Floor
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7000
    Facsimile: (225) 343-3612
    email:  pcancienne@bakerdonelson.com
            cmorris@bakerdonelson.com
            bliner@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT FOUR POINT CONSTRUCTION SOLUTIONS, LLC**

**-AND-**

**ESTES DAVIS LAW, LLC**

/s/ *Daniel B. Davis*
Daniel B. Davis (La. Bar 30141)
Randall E. Estes (La. Bar 30141)
Estes Davis Law, LLC
850 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
email: dan@estesdavislaw.com
        randy@estesdavislaw.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this the 1st day of November, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants listed as attorneys in this matter:  None.

          /s/ *Christopher G. Morris*