UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RONY SANDOVAL, on behalf of himself
and other similarly situated individuals

CIVIL ACTION

VERSUS

18-365-SDD-RLB

FOUR POINT CONSTRUCTION
SOLUTIONS, LLC and JASON BLAYDES

### ORDER APPROVING FLSA SETTLEMNT AND ENTRY OF FINAL JUDGMENT

THIS MATTER is before the Court upon the parties' Joint Motion to Approve FLSA Settlement Agreement and for Dismissal with Prejudice.

THE COURT has considered the Motion and reviewed the Settlement Agreement and Release proposed by the parties. The Court finds that settlement on the terms proposed by the parties would be fair and just and that it is unnecessary to consider any other claims, and therefore, it is

ORDERED AND ADJUDGED that the parties' proposed settlement is approved, and this case is dismissed with prejudice, subject to the right of any party to reopen the case for purposes of enforcing the provisions of the settlement reached by the parties.

Signed in Baton Rouge, Louisiana on June 19, 2019.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Document Number: 52194